JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HARMON, an individual; and PAMELA R. HARMON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. dba WELLS FARGO HOME MORTGAGE; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.:  8:14-cv-00583-JVS-DFM<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*Assigned to the Hon. James V. Selna*] |

On May 30, 2014, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued as "Wells Fargo Bank, N.A. dba Wells Fargo Home Mortgage"), dismissing the Complaint with prejudice.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;

1   2.   Judgment is entered in favor of defendant WELLS FARGO BANK,
2  N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a
3  Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")
4  (erroneously sued as "Wells Fargo Bank, N.A. dba Wells Fargo Home Mortgage");
5  and
6   3.   Plaintiffs Ray Harmon and Pamela R. Harmon shall take and recover
7  nothing in this action from defendant Wells Fargo.
8   4.
9
10
11  Dated:  June 13, 2014   _____
12   THE HON. JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System**

| *Attorneys for Plaintiffs:* | *Attorneys for Defendant Cal-Western Reconveyance LLC* |
|---|---|
| Bobby Samini, Esq.<br>Samini Scheinberg, PC<br>949 South Coast Drive, Suite 420<br>Costa Mesa, California 92626<br>Tel: 949.724.0900; Fax: 949.724.0901<br>bsamini@alsalaw.com | Melissa Armstrong, Esq.<br>Butler & Hosch, P.A.<br>525 E. Main Street<br>El Cajon, California 92020<br>Tel: 619.569.1114; Fax: 407.381.5577<br>*Melissa.armstrong@butlerandhosch.com* |

☒ **BY ELECTRONIC MAIL:** I transmitted via email the document listed above to the email addresses set forth above (or below) on this date. I transmitted from my email address, cgoodwin@afrct.com, without any error or non-delivery message in response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 6, 2014.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |